☒ FILED   ☐ LODGED

# May 28 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   JOSE SOLIS JR.
3  Special Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300          CR-24-03001-TUC-EJM
   Attorneys for Plaintiff
6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

                                        4:24-mj-04536 MAA

9  United States of America,        |  CR
10                Plaintiff,         |  **INFORMATION**
11        vs.                        |  Violations:
12                                   |
   Luis Hector Juarez-Mata,          |  8 U.S.C. § 1326(a)
13                                   |  (Reentry of Removed Alien)
                  Defendant.         |
14                                   |  Count 1
                                     |
15                                   |  8 U.S.C. § 1325
                                     |  (Improper Entry by Alien)
16                                   |  (Petty Misdemeanor)
                                     |  Count 2
17

18  THE UNITED STATES ATTORNEY CHARGES:

19                          **COUNT 1**

20      On or about May 15, 2024, in the District of Arizona, to wit: at or near Naco,

21  Arizona, Luis Hector Juarez-Mata, an alien, entered and was found in the United States of

22  America after having been denied admission, excluded, deported, and removed therefrom

23  at or near Naco, Arizona, on or about February 23, 2024, and not having obtained the

24  express consent of the Attorney General or the Secretary of the Department of Homeland

25  Security to reapply for admission thereto; in violation of Title 8, United States Code,

26  Section 1326(a).

27  ///

28

## COUNT 2

On or about May 15, 2024, at or near Naco, in the District of Arizona, Luis Hector Juarez-Mata, an alien, did unlawfully enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1).

May 16, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ Jose Solis Jr.*

JOSE SOLIS JR.
Special Assistant U.S. Attorney