Waiver of an Indictment

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

4:24-mj-04536 MAA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Luis Hector Juarez-Mata<br>Defendant. | Case No.<br><br>CR-24-03001-TUC-EJM<br><br>WAIVER OF INDICTMENT |

The above-named defendant, who is accused of one or more offenses punishable by imprisonment for more than one year, being advised of the nature of the proposed charge(s) and of his/her rights, waives in open court prosecution by indictment and consent to prosecution by information.

_____
Luis Hector Juarez-Mata
Defendant

_____
Counsel for Defendant

Date   5-24-24