# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | ***PETTY*** |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| **Luis Hector Juarez-Mata** | (For Offenses Committed On or After November 1, 1987) |

***PETTY***
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. CR-24-03001-001-TUC-LCK**

Charles Anslem Thomas (CJA)
Attorney for Defendant

USM#: 15740-511

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/3/2024 to Count 2 of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Petty offense, as charged in Count 2 of the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **THIRTY (30) DAYS**, with credit for time served.

**IT IS ORDERED** Count One is dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED          **FINE:** WAIVED          **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

CR-24-03001-001-TUC-LCK                                             Page 2 of 2
USA vs. Luis Hector Juarez-Mata

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Monday, June 03, 2024**

      Dated this 3rd day of June, 2024.


                          Honorable Lynnette C. Kimmins
                          United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____

defendant delivered on _____ to _____ at _____ , the institution

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____          By: _____
United States Marshal                                                    Deputy Marshal

CR-24-03001-001-TUC-LCK- Juarez-Mata